```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIEL RAYMOND CARLSON,

                         Plaintiff,

        -v-

DEPARTMENT OF JUSTICE,

                         Defendant.
------------------------------------------------------------X

10 Civ. 5149 (PAE) (KNF)

ORDER ADOPTING
REPORT &
RECOMMENDATION

PAUL A. ENGELMAYER, District Judge:

      Defendant the United States Department of Justice filed a motion for summary judgment against *pro se* plaintiff Daniel Raymond Carlson's Complaint claiming that the Department of Justice improperly withheld information from him despite a request under the Freedom of Information Act, 5 U.S.C. § 552. On January 18, 2012, the Honorable Kevin N. Fox, United States Magistrate Judge, issued a Report and Recommendation ("R&R") that defendant's motion for summary judgment should be granted and Carlson's Complaint should be dismissed. *See* Dkt 37; *Carlson v. DOJ*, No. 10-cv-5149, 2012 U.S. Dist. LEXIS 6361 (S.D.N.Y. Jan. 18, 2012) (Report and Recommendation).

### A. Applicable Legal Standard

      In reviewing an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). When specific objections are made, "[t]he district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *King v. Greiner*, No. 02-cv-5810, 2009 U.S. Dist. LEXIS 58771, at *10 (S.D.N.Y. July 8, 2009) (citation omitted); *see also Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). Carlson was clearly alerted to the fact that any objection to the R&R was due by no later than February 2, 2012. *See Carlson*, 2012 U.S. Dist. LEXIS 6361, at *16–17. To date, no objection has been received and no extension of time to submit an objection has been granted.

### B. Discussion

      Careful review of the R&R reveals no facial error in its conclusions; the R&R is therefore adopted in its entirety. Carlson's failure to object in a timely manner operates as a waiver of appellate review. *See DeLeon v. Strack*, 234 F.3d 84, 86 (2d Cir. 2000) (citing *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989)).

[1]

## CONCLUSION

For the foregoing reasons, the Court adopts the R&R (Dkt. 37) in its entirety. The Clerk of Court is directed to terminate the motion at docket number 23 and to close this case.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 19, 2012
        New York, New York